**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:16cr16-MHT** |
| | ) | **(WO)** |
| **ALVERTIS DIXON, JR.** | ) | |

**ORDER**

Because defendant Alvertis Dixon, Jr. informed the court at a post-release meeting on June 28, 2022, that he took parenting classes while incarcerated, it is ORDERED that the special condition of supervision requiring him to attend parenting classes as indicated by his probation officer is vacated.

DONE, this the 1st day of July, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**